# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5278**                                    **September Term, 2005**

05cv01016

**Filed On:**

Jerome Silo,
        Appellant

    v.

United States of America and Attorney General of the
United States,
        Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

**JAN 2 4 2006**

CLERK

**BEFORE:**     Ginsburg, Chief Judge, and Randolph and Brown, Circuit Judges

## O R D E R

Upon consideration of the motion for reconsideration of the court's November 15, 2005 order, and the supplements thereto, it is

**ORDERED** that the motion for reconsideration be denied. The court has already considered and rejected appellant's arguments based on <u>Lawrence v. Texas</u>, 539 U.S. 558 (2003), and <u>Romer v. Evans</u>, 517 U.S. 620 (1996), and appellant provides no basis for reconsidering these arguments. Appellant's citation to <u>Adkins v. E.I. DuPont de Newmours & Co.</u>, 335 U.S. 331, 339-40 (1948), and the dissenting opinion in <u>Murray v. Dosal</u>, 150 F.3d 814, 820 (8th Cir. 1998), for the proposition that the Prison Litigation Reform Act filing fee requirements are unconstitutional is meritless. It is

**FURTHER ORDERED** that appellant's request that the district court be ordered to modify the classification of his action as one concerning prison conditions be denied. It is

**FURTHER ORDERED** that within 30 days of the date of this order, appellant either pay the $250.00 appellate docketing fee and the $5.00 filing fee to the Clerk of the District Court, <u>see</u> Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in this court for leave to proceed on appeal in forma pauperis, <u>see</u> Fed. R. App. P. 24(a), along with the completed Consent to Collection of Fees Form and the Prisoner Trust Account Report. Failure to comply with this order will result in dismissal of the appeal for lack of prosecution. <u>See</u> D.C. Cir. Rule 38. The court will entertain no further motions for reconsideration of this requirement.

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

## No. 05-5278

## September Term, 2005

The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

**By:**

MaryAnne McMain
Deputy Clerk/LD