# United States Court of Appeals
### For The District of Columbia Circuit

---

No. 05-5278                                                        September Term, 2005

05cv01016



Filed On:

Jerome Silo,
           Appellant

   v.

United States of America and Attorney General of the
United States,
           Appellees

**BEFORE:**   Ginsburg, Chief Judge, and Randolph and Tatel, Circuit Judges

## ORDER

Upon consideration of the motion for reconsideration of the court's April 19, 2006 order, it is

**ORDERED** that the motion for reconsideration be denied. By orders filed November 15, 2005, and January 24, 2006, the court denied motions for reconsideration of the court's order that appellant either pay the appellate filing and docketing fees or move for leave to proceed in forma pauperis. Appellant was advised that the court will entertain no further motions for reconsideration of this requirement, and that failure to comply with the court's order would result in dismissal of the appeal. Order filed Jan. 24, 2006. By order filed April 19, 2006, the court dismissed the appeal when appellant failed to comply with the court's order and instead submitted another motion for reconsideration. Appellant has offered no grounds for reconsideration of the dismissal order.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk